# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>              Plaintiff,<br><br>    v.<br><br>L. FISHER, JR., *et al.*,<br><br>              Defendants. | Case No. 1:18-cv-01553-EPG (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING DEADLINE TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY REQUIRED FILING FEE**<br><br>(ECF Nos. 7, 12)<br><br>**ORDER DIRECTING THE CLERK OF COURT TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER FORM** |

    Jarrod Gordon ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2018, the Court issued an order directing Plaintiff to pay the filing fee for this action or submit an application to proceed *in forma pauperis* within 45 days. (ECF No. 7). Plaintiff failed to submit the required documents or otherwise respond to the Court's Order within the prescribed time. On January 24, 2019, the Court issued an order requiring Plaintiff to, within 21 days, show cause why this action should not be dismissed for his failure to comply with the Court's November 14, 2018 order. (ECF No. 11).

    On February 4, 2019, Plaintiff filed a motion for extension of time in response to the Court's January 24, 2019 order. (ECF No. 12). Plaintiff states that he is positive that he

complied with the November 14, 2018 order, but the counselor who handles all legal mail containing "certified trust account statements" did not mail it. *Id.* Plaintiff further states that he has been transferred to Corcoran Secured Housing Unit, and does not have immediate access to the law library to obtain a form application to proceed *in forma pauperis*. *Id.* Plaintiff requests that the Court grant him an extension of time if he is unable to comply with the impending 21-day deadline. *Id.*

The Court finds that Plaintiff has sufficiently explained his failure to respond to the November 14, 2018 order, and has demonstrated good cause for an extension of time. Accordingly, IT IS HEREBY ORDERED that:

1. The Court's order to show cause entered on January 24, 2019, (ECF No. 11), is DISCHARGED;
2. The Clerk of the Court is directed to send Plaintiff an Application to Proceed In Forma Pauperis by a Prisoner form; and
3. Plaintiff's motion for extension, (ECF No. 12), is GRANTED. Within 21 days of the date of service of this order, Plaintiff shall submit the application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. No requests for further extension will be granted. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **February 5, 2019**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2