# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>　　　　Plaintiff,<br>　v.<br>L. FISHER, JR., *et al.*,<br>　　　　Defendants. | Case No. 1:18-cv-01553-EPG (PC)<br><br>**ORDER DENYING MOTION TO EXTEND DEADLINE TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY REQUIRED FILING FEE**<br><br>(ECF No. 14)<br><br>**ORDER DIRECTING THE CLERK OF COURT TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER FORM** |

Jarrod Gordon ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action by filing a Complaint in the Central District of California on October 16, 2018. (ECF No. 1.) Plaintiff did not pay the filing fee or request to proceed *in forma pauperis* ("IFP"). (ECF No. 2.)

On November 7, 2018, the Central District of California transferred the instant action to this court. (ECF No. 4.) On November 14, 2018, the Court issued an order directing Plaintiff to pay the filing fee for this action or submit an application to proceed IFP within 45 days. (ECF No. 7.) The Court also sent Plaintiff an Application to Proceed In Forma Pauperis by a Prisoner form. *Id.* Plaintiff failed to respond to the Court's Order within the prescribed time.

On January 24, 2019, the Court issued an order requiring Plaintiff to show cause within 21

1

days why this action should not be dismissed for his failure to comply with the Court's November 14, 2018 order. (ECF No. 11.) Plaintiff filed a motion for an extension of time on February 4, 2019, (ECF No. 12), and on February 6, 2019, the Court discharged the order to show cause and extended the deadline by **21 days**, (ECF No. 13). The order provided, "No requests for further extension will be granted. Failure to comply with this order will result in dismissal of this action." *Id.* The Court also sent Plaintiff an Application to Proceed In Forma Pauperis by a Prisoner form. *Id.*

On February 14, 2018, Plaintiff filed another application for a 30-day extension of time. (ECF No. 14.) Plaintiff also requests another Application to Proceed In Forma Pauperis by a Prisoner form. *Id.* Plaintiff sates that there is no law library in his current housing. *Id.*

The Court does not find good cause to grant Plaintiff an additional 30-day extension. Plaintiff has had more than three months to pay the filing fee or submit his application to proceed IFP. The Court has also twice provided Plaintiff with the Application to Proceed In Forma Pauperis by a Prisoner form.

The Court's February 6, 2018 order directed Plaintiff to submit the application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action within 21 days. The 21-day deadline has not expired. Thus, Plaintiff shall submit the application to proceed *in forma pauperis*, completed and signed, or pay the $400.00 filing fee for this action by February 28, 2019. Failure to comply with this order will result in dismissal of this action.

The Clerk of the Court is directed to send Plaintiff an Application to Proceed In Forma Pauperis by a Prisoner.

IT IS SO ORDERED.

Dated: **February 15, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2