UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>    Plaintiff,<br><br>V.<br><br>L. FISHER, JR., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01553-EPG (PC)<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATION**<br><br>(ECF No. 16)<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS** |

Jarrod Gordon ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 19, 2019, Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 16.)

Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his application to proceed *in forma pauperis* is GRANTED.

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff remains obligated to pay the statutory filing fee of $350.00 for this action when funds exist in his inmate trust account. Plaintiff must make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The California Department of Corrections and Rehabilitation, or its designee, is required to send payments from Plaintiff's trust account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the statutory

1

filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 16) is GRANTED;
2. The Director of the California Department of Corrections or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments, clearly identified by the name and case number assigned to this action, to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court;
3. The Clerk of the Court is DIRECTED to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections and Rehabilitation via the court's electronic case filing system (CM/ECF); and
4. The Clerk of the Court is DIRECTED to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **February 20, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE