UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JARROD GORDON,<br><br>Plaintiff,<br><br>v.<br><br>L. FISHER, JR., et al.,<br><br>Defendants. | Case No. 1:18-cv-01553-EPG (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE<br><br>(ECF NO. 22) |
|---|---|

On May 16, 2019, Plaintiff filed a notice stating that he voluntarily dismissed this action. (ECF No. 22.) In light of the dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **May 17, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1

2